```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 04 B 34316
   MICHAEL LACEFIELD
   MICHELLE LACEFIELD                            CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
             Debtor
   SSN XXX-XX-1849    SSN XXX-XX-8358

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/15/2004 and was confirmed 11/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
FAIRLANE CREDIT SST      SECURED          9250.00          957.11       9250.00
FAIRLANE CREDIT SST      UNSECURED        9652.78             .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED            .00           .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED            .00           .00
BALLYS HEALTH CLUB       UNSECURED       NOT FILED            .00           .00
GREAT LAKES COLLECTION B UNSECURED       NOT FILED            .00           .00
BIEHL & BIEHL            UNSECURED       NOT FILED            .00           .00
CHICAGO TRIBUNE          NOTICE ONLY     NOT FILED            .00           .00
CAINE & WEINER CO INC    UNSECURED       NOT FILED            .00           .00
ICE MOUNTAIN WATER       NOTICE ONLY     NOT FILED            .00           .00
CB USA INC               UNSECURED           70.00            .00           .00
CITICORP                 UNSECURED       NOT FILED            .00           .00
CITIBANK FSB             UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED          880.00            .00           .00
COMCAST                  UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED          519.64            .00           .00
DEPENDON COLLECTION SERV UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED         1049.74            .00           .00
FIRST NORTH AMERICAN NAT NOTICE ONLY     NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN UNSECURED          200.22            .00           .00
AT & T BANKRUPCTY        NOTICE ONLY     NOT FILED            .00           .00
MUTUAL HOSPITAL SERVICES UNSECURED       NOT FILED            .00           .00
ST MARGRET MERCY HEALTHC NOTICE ONLY     NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED             .00            .00           .00
PEOPLES GAS              UNSECURED       NOT FILED            .00           .00
PROVIDIAN FINANCIAL      UNSECURED       NOT FILED            .00           .00
R&R COUNTRY MOTORS       UNSECURED         3214.43            .00           .00
STATE DISBURSEMENT UNIT  UNSECURED       NOT FILED            .00           .00
COOK COUNTY CHILD SUPPOR NOTICE ONLY     NOT FILED            .00           .00
SPECIALIZED CARD SERVICE UNSECURED       NOT FILED            .00           .00
VILLAGE OF LANSING       UNSECURED       NOT FILED            .00           .00
ZODIAC GROUP             UNSECURED       NOT FILED            .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 34316 MICHAEL LACEFIELD & MICHELLE LACEFIELD
```

```
JEFFERSON CAPITAL SYSTEM UNSECURED         1345.00                 .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED         1459.82                 .00              .00
ILLINOIS DEPT OF PUBLIC  PRIORITY          3669.43                 .00          1260.07
ILLINOIS DEPT OF PUBLIC  UNSECURED        10591.36                 .00              .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,694.00                            2,694.00
TOM VAUGHN               TRUSTEE                                                 798.82
DEBTOR REFUND            REFUND                                                     .00

        Summary of Receipts and Disbursements:
      ----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
      ----------------------------------------------------------------------
TRUSTEE                 14,960.00

PRIORITY                                          1,260.07
SECURED                                           9,250.00
    INTEREST                                        957.11
UNSECURED                                              .00
ADMINISTRATIVE                                    2,694.00
TRUSTEE COMPENSATION                                798.82
DEBTOR REFUND                                          .00
                        ---------------         ---------------
TOTALS                  14,960.00                14,960.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE